**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000512
26-NOV-2024
08:07 AM
Dkt. 23 OAWST**

NO. CAAP-24-0000512

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SPEEDISHUTTLE TOURS & TRANSPORTATION, LLC,
d/b/a HOLOHOLO MOBILITY, Appellant-Appellant, v.
THE STATE OF HAWAIʻI,
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS,
UNEMPLOYMENT INSURANCE DIVISION, EMPLOYER SERVICES SECTION,
Appellee-Appellee, and
TYLER KOKOSHCKA GREEN, Claimant-Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-23-0001596)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
WITH PREJUDICE
(By: Leonard, Acting Chief Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice (Stipulation), filed November 21, 2024, by Appellant-Appellant Speedishuttle Tours & Transportation, LLC, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by all self-represented parties and counsel for all other appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, November 26, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge